Gary Sparling
sparling@sohalang.com
Idaho Bar # 6620
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 624-1800
Fax: (206) 624-3585
Attorney for Defendant Unigard Insurance Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BLASER, OLESON & LLOYD, Chartered, f/k/a BLASER, SORENSEN & OLESON, Chartered, an Idaho corporation,<br><br>　　　　　　　　　Defendant. | Cause No. 14-496<br>**CIVIL CASE**<br><br>**COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE** |

　　　Plaintiff Unigard Insurance Company alleges as follows:

### I.　　NATURE OF ACTION

　　　1.　　Plaintiff Unigard Insurance Company seeks damages based upon Defendant law firm's negligence and other malpractice in representing Unigard in an underlying subrogation lawsuit, *Unigard Ins. Co. v. Despain, et al.*, Minidoka County District Court Case No. CV-12-0403 (the "Subrogation Suit").

**COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE – 1**
**CAUSE NO.**

Soha & Lang, P.S.
Attorneys at Law
1325 Furth Avenue, Ste 2000
Seattle, Washington 98101
(206) 624-1800/Fax (206) 624-3585

8000.00165 gk18bc1842

## II. PARTIES

2. Plaintiff Unigard Insurance Company ("Unigard") is a Wisconsin corporation having its principal place of business in Sun Prairie, Wisconsin.

3. On information and belief, defendant Blaser, Oleson & Lloyd, Chartered, f/k/a Blaser, Sorensen & Oleson, Chartered ("Defendant") is an Idaho corporation having its principal place of business in Blackfoot, Idaho.

## III. JURISDICTION AND VENUE

4. <u>Subject Matter Jurisdiction.</u> This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) because this controversy is between citizens of different states and because the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332(a).

5. <u>Personal Jurisdiction.</u> This Court has personal jurisdiction over Defendant, which, on information and belief, is an Idaho corporation and resident.

## IV. FACTUAL ALLEGATIONS

6. Unigard issued Businessowners insurance to Kodiak Northwest, Inc. under two insurance policies that included coverage for theft.

7. In early 2010, Kodiak submitted a theft claim to Unigard based upon evidence that two Kodiak employees, Kenneth Despain and Jared Timmons, had been stealing the company's paint and supplies for their own use.

8. During its investigation Unigard obtained, *inter alia*, a recorded statement, sworn proofs of loss, and other information substantiating Kodiak's claim that its employees Despain and Timmons had been stealing paint and supplies.

COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE – 2
CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

8000.00165 gk18bc1842

9. Based on its investigation, Unigard paid Kodiak the $200,000 Employee Dishonesty limits under its two insurance policies.

10. Unigard thereafter retained Defendant, through AFNI, Inc., to pursue a claim for subrogation against Despain and Timmons to recover the amount paid for Kodiak's theft loss.

11. As Unigard's counsel, Defendant filed the Subrogation Suit against Despain and Timmons.

12. On information and belief, Defendant thereafter failed to take reasonable steps to prosecute Unigard's claims in the Subrogation Suit, including, without limitation, interviewing witnesses and/or obtaining police reports and other documents.

13. For reasons that are presently unclear, and despite having received documents from Unigard substantiating Kodiak's theft claim, Defendant failed to timely and properly respond to requests for admissions and other matters in the Subrogation Suit.

14. For reasons that are presently unclear, Defendant stipulated to granting summary judgment for Despain and Timmons in the Subrogation Suit "for the reason that [Unigard] has failed to provide its' counsel with factual information which would raise a genuine, material issue of fact in defense."

15. Based upon Defendant's conduct in representing Unigard in the Subrogation Suit, Despain and Timmons have now sued Unigard for malicious prosecution and emotional distress in *Despain v. Unigard Ins. Co.*, U.S. District Court for the District of Idaho Cause No. 4:14-cv-00184 BLW (the "Malicious Prosecution Suit").

16. Unigard has paid and is paying substantial amounts to defend against the Malicious Prosecution Suit, and it has received substantial settlement demands from Despain and Timmons in that suit.

COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE – 3
CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

8000.00165 gk18bc1842

## V. CAUSE OF ACTION FOR LEGAL MALPRACTICE

17. Unigard realleges the preceding paragraphs as though fully set forth herein.

18. Unigard had an attorney-client relationship with Defendant with respect to the Subrogation Suit.

19. As Unigard's attorney in the Subrogation Suit, Defendant owed fiduciary duties to competently and diligently represent Unigard in the Subrogation Suit and to take no action that could harm or impair Unigard's interests.

20. Defendant negligently breached its duties to Unigard by, *inter alia*, failing to diligently prosecute Unigard's claims in the Subrogation Suit, failing to timely respond to discovery and other matters in the Subrogation Suit, and stipulating to a judgment containing language that harmed Unigard's interests and caused Despain and Timmons to sue Unigard in the Malicious Prosecution Suit.

21. Defendant's breaches of duty proximately caused damage to Unigard in an amount to be proven at trial.

## VI. RESERVATION OF RIGHTS

Unigard reserves the right to amend its complaint to assert additional claims, allegations and/or other matters as additional facts are obtained through discovery and investigation.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Unigard prays for relief against Defendant as follows:

1. For all damages proximately caused by Defendant's negligence, legal malpractice and other breaches of duty in representing Unigard in the Underlying Suit in an amount to be proven at trial;

2. For its attorney fees and costs pursuant to statute, contract or equity; and

COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE – 4
CAUSE NO.

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

8000.00165 gk18bc1842

1       3.    For such other and further relief as this Court deems just and equitable.

2   DATED this <u>19th</u> day of November, 2014.

3                                  SOHA & LANG, P.S.

4                                  By:   <u>*s/Gary Sparling*</u>

5                                    Gary Sparling, Idaho Bar # 6620
                                   Email address sparling@sohalang.com

6                                  **Soha & Lang, P.S.**
                                   1325 Fourth Avenue, Suite 2000

7                                  Seattle, WA 98101
                                   Telephone: 206-624-1800

8                                  Facsimile: 206-624-3585
                                   Attorneys for Plaintiff Unigard Insurance Co.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**COMPLAINT FOR NEGLIGENCE AND LEGAL MALPRACTICE – 5**
**CAUSE NO.**

                                                                                   Soha & Lang, P.S.
                                                                                 ATTORNEYS AT LAW
                                                                     1325 FURTH AVENUE, STE 2000
                                                                       SEATTLE, WASHINGTON 98101
                                                              (206) 624-1800/Fax (206) 624-3585

8000.00165 gk18bc1842