IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNIGARD INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLASER, OLESON & LLOYD, Chartered, f/k/a BLASER, SORENSEN & OLESON, Chartered, an Idaho corporation,<br><br>　　　　Defendants. | Case No.  4:14-CV-496-BLW<br><br>ORDER |

　　Finding good cause therefore,

　　NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 14) is APPROVED.  The Case Management Order (docket no. 10) is AMENDED to extend the deadline for completion of discovery to **November 20, 2015,** and to extend the deadline for defendant to disclose the experts intended to be called at trial to **October 9, 2015.**

DATED: September 29, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court